# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DESIGNATION OF ACTING ADMINISTRATIVE JUDGE OF THE CRIMINAL DIVISION OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, FIFTH JUDICIAL DISTRICT

: No. 364
:
: COMMON PLEAS JUDICIAL
: CLASSIFICATION
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of January, 2020, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable David R. Cashman is hereby appointed as Acting Administrative Judge of the Criminal Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, for a period of 30 days, *see* Pa.R.J.A. No. 706(e), effective January 22, 2020.